# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

KATIE J. ALVAREZ GOMEZ      §
     §
v.      §
     §     CIVIL ACTION NO. 3:23-CV-1524-S
NCP FINANCE LIMITED      §
PARTNERSHIP and TITLEMAX OF      §
TEXAS, INC., d/b/a TITLEMAX      §

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice [ECF No. 33]. The Clerk is directed to **REOPEN** this case to enable the dismissal of this case with prejudice pursuant to the parties' Stipulation.

In light of the Stipulation, all claims that Plaintiff asserts, or could have asserted, against Defendants in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED October 4, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**